# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUAN CARLOS MONSALVE,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:09-cv-901-Orl-22GJK**

**SAND'S INVESTMENTS 1, INC. d/b/a**
**Garibaldi Mexican Restaurant,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 9) filed on October 2, 2009.

The United States Magistrate Judge has submitted a report recommending that the Stipulation and settlement be approved.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed December 9, 2009 (Doc. No. 14) is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Joint Stipulation of Dismissal with Prejudice (Doc. No. 9) is APPROVED, and the Court finds the settlement is fair and reasonable.

3.    This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 15, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge